1  **BIRNBERG & ASSOCIATES**
   CORY A. BIRNBERG (SBN 105468)
2  JOSEPH SALAMA (SBN 212225)
   703 Market Street Suite 600
3  San Francisco, California 94103
   Telephone Number: (415) 398-1040
4  Facsimile Number: (415) 398-2001

5  Attorneys for Plaintiff
   DAVID MOTON

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DAVID MOTON,                )      Case No. 07-01483-SI
                               )
12              Plaintiff,     )      **[proposed] ORDER
                               )      CONTINUING CASE
13         v.                  )      MANAGEMENT CONFERENCE**
                               )
14 HANJIN SHIPPING; J.P. SAMARTZIS )
   MARITIME ENTERPRISES CO. S.A., )
15                             )
                               )
16              Defendants.    )
                               )
17 _____ )

18

19         Based on the representations made by counsel in its correspondence filed on

20 October 15, 2007, the Court hereby orders a case management conference be set for

21 December 7, 2007 at 2:00 p.m.  No further continuances shall be granted without an

22 appearance by counsel for plaintiff.

23

24

25 Dated:                         By: _____
                                  Hon. Susan Illston
26                                United States District Judge

27

28

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

ORDER CONTINUING CASE CONFERENCE            -1-            Case No. 07-01483-SI