| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
|   | CORY A. BIRNBERG (SBN 105468) |
| 2 | JOSEPH SALAMA (SBN 212225) |
|   | 703 Market Street Suite 600 |
| 3 | San Francisco, California 94103 |
|   | Telephone Number: (415) 398-1040 |
| 4 | Facsimile Number: (415) 398-2001 |
| 5 | Attorneys for Plaintiff |
|   | DAVID MOTON |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MOTON, | ) | Case No. 07-01483-SI |
|              | ) | |
| Plaintiff,   | ) | **EX PARTE APPLICATION** |
|              | ) | **CONTINUING CASE** |
| v.           | ) | **MANAGEMENT CONFERENCE** |
|              | ) | **AND [proposed] ORDER** |
| HANJIN SHIPPING; J.P. SAMARTZIS | ) | **THEREON** |
| MARITIME ENTERPRISES CO. S.A., | ) | |
|              | ) | |
| Defendants.  | ) | |
| _____ | ) | |

COMES NOW plaintiff DAVID MOTON and hereby moves *ex parte* to request a sixty-day continuance of the case conference.

### APPLICATION

Counsel for plaintiff dismissed former defendant Hanjin Shipping from the case based on facts that demonstrate that Hanjin Shipping has no liability in this case. In the meantime, counsel for plaintiff named the owner of the vessel, J.P. SAMARTZIS MARITIME ENTERPRISES CO. S.A., an entity that resides in Greece. Counsel for plaintiff translated the complaint into Greek pursuant to the Hague Convention, and then sent it to the Greek Central Authority for service on Defendant J.P. SAMARTZIS MARITIME ENTERPRISES CO. S.A. on November 9, 2007. Attached hereto as an exhibit

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

EX PARTE APPLICATION AND ORDER CONTINUING CASE CONFERENCE
-1-
Case No. 07-01483-SI

is a true and correct copy of the documents we sent to the Greek Central Authority. Counsel for plaintiff are awaiting a certificate of service, as outlined in the Convention.

No time frame for service is specified in the Convention. However, Article 15 of the Convention provides that alternative methods of service may be used if a Central Authority does not respond within six months of a request for service. As the Court is aware, FRCP 4(m) exempts service in a foreign country from the normal requirement that a summons and complaint be served within 120 days after filing.

Accordingly, we are hereby applying for a continuance of the case management conference for sixty days. In the event that we do not receive a certificate of service within that time, and in the event the case is still not at issue, we will file another *ex parte* application.

BIRNBERG & ASSOCIATES

Dated: December 7, 2007        By:  /s/ Cory A. Birnberg
                               Cory A. Birnberg
                               Attorneys for Plaintiff

### ORDER

Based on the representations made by counsel, the Court hereby orders the case management conference set for December 7, 2007, be continued to February 15, 2008 at 2:00 p.m.

Dated: December 7, 2007        By: _____
                               Hon. Susan Illston
                               United States District Judge

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

EX PARTE APPLICATION AND ORDER CONTINUING CASE CONFERENCE -2-        Case No. 07-01483-SI