1    **BIRNBERG & ASSOCIATES**
CORY A. BIRNBERG (SBN 105468)
2    JOSEPH SALAMA (SBN 212225)
703 Market Street Suite 600
3    San Francisco, California 94103
Telephone Number: (415) 398-1040
4    Facsimile Number: (415) 398-2001

5    Attorneys for Plaintiff
DAVID MOTON
6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10

11    DAVID MOTON,                          )    Case No. 07-01483-SI
                                            )
12                                          )
                        Plaintiff,          )    ***EX PARTE* APPLICATION FOR
13                                          )    ORDER CONTINUING CASE
              v.                            )    MANAGEMENT CONFERENCE
14                                          )    AND [proposed] ORDER
      HANJIN SHIPPING; J.P. SAMARTZIS       )    THEREON**
15    MARITIME ENTERPRISES CO. S.A.,        )
                                            )    Date of Case Conference:
16                      Defendants.         )    February 15, 2008
                                            )    Time: 2:00 p.m.
17    _____ )  Location:
      _                                           Courtroom 10, 19th Floor
18

19

20            COMES NOW plaintiff DAVID MOTON and hereby moves *ex parte* to request a

21    continuance of the case conference presently on calendar for February 15, 2008.

                                      **APPLICATION**
22

23            Counsel for plaintiff dismissed former defendant Hanjin Shipping from the case

24    based on facts that apparently demonstrate that Hanjin Shipping has no liability in this case.

      In the meantime, counsel for plaintiff named the owner of the vessel, J.P. SAMARTZIS
25

      MARITIME ENTERPRISES CO. S.A., an entity that resides in Greece.  Counsel for
26

      plaintiff translated the complaint into Greek pursuant to the Hague Convention, and then
27

      sent it to the Greek Central Authority for service on Defendant J.P. SAMARTZIS
28

      MARITIME ENTERPRISES CO. S.A. on November 9, 2007.

EX PARTE APPLICATION AND ORDER CONTINUING CASE CONFERENCE
                                        -1-              Case No. 07-01483-SI

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398 -1040
FAX (415) 398-2001

1    On February 7, 2007, Jared Washkowitz of Emard Danoff Port Tamulski & Paetzold

2    LLP telephoned counsel for Plaintiff and advised us that Emard Danoff Port Tamulski &

3    Paetzold LLP will be representing Defendant J.P. SAMARTZIS MARITIME

4    ENTERPRISES CO. S.A., and will be filing an answer to the complaint within the next two

5    weeks.  We are accordingly respectfully requesting a forty-five day continuance of the case

6    management conference presently set for Friday February 15, 2008 to permit the case to be

7    at issue and give the parties an opportunity to meaningfully meet and confer prior to the

8    conference.

9                                **PRIOR CONTINUANCES**

10   There have been a total of three continuances in this case to date.  The continuances

11   are attributable to: (a) the difficulty in ascertaining the owner of the vessel on which Plaintiff

12   was injured, and (b) translating the complaint and attempting to serve the Greek defendant.

13   Most recently, Plaintiff made an application to continue the case conference on December 7,

14   2007 for sixty days, attaching the documents he sent to the Greek Central Authority.  This

15   Court granted the December 7, 2007 request on that same date.

16                                          BIRNBERG & ASSOCIATES

17   Dated: February 7, 2008              By:  /s/ Cory A. Birnberg

18                                          Cory A. Birnberg
                                           Attorneys for Plaintiff
19

20                                **ORDER**

21
     Based on the representations made by counsel, the Court hereby orders the case
22
     management conference set for February 15, 2008, at 2:00 p.m. be continued to March 28,
23
     2008 at 2:00 p.m.  All pre-conference deadlines are continued accordingly.
24

25   Dated: February ____, 2008           By: _____

26                                          Hon. Susan Illston
                                           United States District Judge
27

28

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

EX PARTE APPLICATION AND ORDER CONTINUING CASE CONFERENCE   -2-   Case No. 07-01483-SI