IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MOTON,

        Plaintiff,

v.

HANJIN SHIPPING,

        Defendant.

No. C 07-01483 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 5, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 3, 2008.

DESIGNATION OF EXPERTS: 1/5/09; REBUTTAL: 1/12/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 30, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by November 7, 2008;

    Opp. Due November 21, 2008;  Reply Due November 29, 2008;

    and set for hearing no later than December 12, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 17, 2009 at 3:30 PM.

JURY TRIAL DATE: March 3, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation by August 2008.

By April 18, 2008, counsel shall inform the Court of the mediator selected.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge