```
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:    (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:       jtamulski@edptlaw.com
              jwashkowitz@edptlaw.com

Attorneys for Defendant
J.P. SAMARTZIS MARITIME ENTERPRISES CO., S.A.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MOTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HANJIN SHIPPING; J.P. SAMARTZIS MARITIME ENTERPRISES CO., S.A.<br><br>　　　　　Defendants. | Case No.: 07-01483-SI<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION; [PROPOSED] ORDER**<br><br>1ST Am. Complaint Filed:　May 7, 2007<br>Case Mgmt. Conf.:　September 22, 2008<br>Trial:　March 2, 2009 |

Plaintiff DAVID MOTON (herein "Plaintiff") and Defendant J.P. SAMARTZIS MARITIME ENTERPRISES CO., S.A. (herein "Defendant") (collectively "the Parties") hereby stipulate as follows:

1.　　Plaintiff alleges that he was injured on September 10, 2004 during unloading of the vessel M/V HANJIN KAOHSIUNG in the Port of Oakland at Berth 56. Plaintiff was employed as a foreman by the terminal operator, Marine Terminals Corporation ("MTC"). Defendant was the operator/manager of the vessel at the time of the accident. The vessel was time chartered by Hanjin Shipping.  Hanjin is no longer a party to this action.

- 1 -

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

2. Plaintiff's First Amended Complaint was filed on May 7, 2007.

3. Defendant first appeared in this action by filing an Answer on February 19, 2008.

4. On March 31, 2008 this Court issued a Case Management Order whereby the Parties were ordered to complete their ADR session (private mediation) by **August 29, 2008**.

5. The mediation is scheduled with John McGlynn of JAMS for August 29, 2008.

6. A further case management conference is set for September 22, 2008.

7. Trial is set for March 2, 2009.

8. The Parties are in the process of conducting written discovery and scheduling depositions.

9. Plaintiff's deposition is scheduled for August 18, 2008 (it could not be scheduled earlier because counsel for the Parties had other obligations, including trials). Other essential non-party witness depositions are presently being scheduled for the week of August 25, 2008, although these depositions may or may not go forward as planned depending on the witnesses' schedules.

10. The Parties will not be able to complete these depositions in time to meaningfully participate in the mediation as presently scheduled.

11. Due to the above issues and the Parties' own scheduling conflicts, the Parties anticipate that they will not be able to complete the necessary depositions and additional written discovery until October 2008.

12. Accordingly the Parties request that the Court enter an Order extending the date for the Parties to complete the ADR session from August 29, 2008 until **October 31, 2008**.

13. Extending the date for the Parties to complete the ADR session will not impact any other deadline set by the Court in this case.

| | |
|---|---|
| DATED: August 14, 2008 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |
| | By_____<br>James T. Tamulski<br>Jared A. Washkowitz<br>Attorneys for Defendant<br>J.P. SAMARTZIS MARITIME ENTERPRISES CO., S.A. |
| DATED: August 14, 2008 | BIRNBERG & ASSOCIATES |
| | By_____<br>Cory A. Birnberg<br>Attorneys for Plaintiff DAVID MOTON |

### [PROPOSED] ORDER

The above Stipulation is approved. The Parties shall complete the ADR process by **October 31, 2008.**

Dated:_____    _____
HON. SUSAN ILLSTON

- 3 -

STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
Case No.: 07-01483-SI
\\Cab4law\client\Moton David~2554 3rd party\Pleading\Stip to Extend Mediation Deadline.doc