EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:   (415) 227-4255
E-Mail:      jtamulski@edptlaw.com
             jwashkowitz@edptlaw.com

Attorneys for Defendant
J.P. SAMARTZIS MARITIME ENTERPRISES CO., S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MOTON, | Case No.: 07-01483-SI |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE DISCOVERY; [PROPOSED] ORDER** |
| vs. | |
| HANJIN SHIPPING; J.P. SAMARTZIS MARITIME ENTERPRISES CO., S.A. | 1ST Am. Complaint Filed:  May 7, 2007<br>Case Mgmt. Conf.:        September 22, 2008<br>Trial:                   March 2, 2009 |
| Defendants. | |

Plaintiff DAVID MOTON (herein "Plaintiff") and Defendant J.P. SAMARTZIS MARITIME ENTERPRISES CO., S.A. (herein "Defendant") (collectively "the Parties") hereby stipulate as follows:

1.   Plaintiff alleges that he was injured on September 10, 2004 during unloading of the vessel M/V HANJIN KAOHSIUNG in the Port of Oakland at Berth 56. Plaintiff was employed as a foreman by the terminal operator, Marine Terminals Corporation ("MTC"). Defendant was the operator/manager of the vessel at the time of the accident. The vessel was time chartered by Hanjin Shipping. Hanjin is no longer a party to this action.

2.   Plaintiff's First Amended Complaint was filed on May 7, 2007.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
STIPULATION TO EXTEND DISCOVERY CUTOFF; [PROPOSED] ORDER
Case No.: 07-01483-SI
F:\Moton David~2554 3rd party\Pleading\Stip Disc CutOff~from Defense Counsel.doc

3. Defendant first appeared in this action by filing an Answer on February 19, 2008.

4. On March 31, 2008 this Court issued a Case Management Order whereby the Parties were ordered to complete discovery by **October 3, 2008.**

5. A further case management conference is set for September 22, 2008.

6. Trial is set for March 2, 2009.

7. The Parties have conducted written discovery, and Defendant has taken the depositions of Plaintiff and several witnesses. The Parties anticipate that further written discovery and witness depositions will need to be conducted. The Parties are attempting to complete this discovery in September, but due to scheduling concerns of counsel and witnesses, it may not be feasible to do this.

8. In addition, the Parties are coordinating an IME of Plaintiff with Dr. Lesley Anderson of San Francisco. The Parties could not begin scheduling the IME earlier because the deposition of Plaintiff was only completed within the last two weeks. The earliest date that Dr. Anderson is available for the IME is October 21, 2008. The Parties therefore will not be able to complete the IME prior to the discovery cutoff date as presently set.

9. Due to the above issues, the Parties anticipate that they will not be able to complete discovery until October 31, 2008. A discovery cutoff date of October 31, 2008 would also nicely coincide with the deadline for the Parties to complete mediation, which was recently extended until October 31, 2008.

10. Accordingly the Parties respectfully submit that good cause exists to extend the discovery cutoff, and request that the Court enter an Order approving this stipulation and extending the date for the Parties to complete discovery until **October 31, 2008.**

11. Extending the date for the Parties to complete discovery will not impact any other deadline set by the Court in this case.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION TO EXTEND DISCOVERY CUTOFF; [PROPOSED] ORDER
Case No.: 07-01483-SI
F:\Moton David~2554 3rd party\Pleading\Stip Disc CutOff~from Defense Counsel.doc

DATED: September 8, 2008    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By_____
James T. Tamulski
Jared A. Washkowitz
Attorneys for Defendant
J.P. SAMARTZIS MARITIME ENTERPRISES CO., S.A.

DATED: September 8, 2008    BIRNBERG & ASSOCIATES

By_____
Cory A. Birnberg
Attorneys for Plaintiff DAVID MOTON

# [PROPOSED] ORDER

The above Stipulation is approved. The Parties shall complete discovery by **October 31, 2008**.

Dated: 9/15/08                Wm. Alsup for
                              _____
                              HON. SUSAN ILLSTON

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -
STIPULATION TO EXTEND DISCOVERY CUTOFF; [PROPOSED] ORDER
Case No.: 07-01483-SI
F:\Moton David~2554 3rd party\Pleading\Stip Disc CutOff~from Defense Counsel.doc